**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Corine D. MOTLEY, a.k.a. Corine**
**Gillreath, Defendant–**
**Appellant.**

**No. 13–13000**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 25, 2014.

Lennard B. Register, III, Robert G. Davies, David Lance Goldberg, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Michael Robert Ufferman, Michael Ufferman Law Firm, PA, Tallahassee, FL,

854

Corine D. Motley, Inmate Legal Mail, Aliceville, AL, for Defendant–Appellant.

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Corine D. Motley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Motley's conviction and sentence are **AFFIRMED.**